DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSANNE BAXTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S. 06-279-LKK |
| ) | |
| Plaintiff, ) | **STIPULATION FOR ORDER EXTENDING** |
| ) | **DATE FOR SELF-SURRENDER; ORDER** |
| v. ) | |
| ) | |
| JOSANNE BAXTER, ) | Judge: Hon. Lawrence K. Karlton |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

   Defendant, through counsel, hereby requests an extension of her self-surrender date two days from February 10, 2007 to February 12, 2007 at 2:00 p.m.  The United States concurs with this request.

   Ms. Baxter seeks an extension of time to self-surrender because her current self-surrender date is a Saturday, and the facility to which she has been designated in Dublin, California does not accept self-surrenders on the weekend.  Ms. Baxter is unable to get a ride on the preceding day, but can arrange one for Monday, February 12, 2007.

//

1  Based upon the foregoing, the parties stipulate and request that
2 this Court enter an Order extending the self-surrender date to Monday,
3 February 12, 2007, at 2:00 p.m.
4
5 Dated:   January 23, 2007

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Rachelle Barbour
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender


                                        McGREGOR SCOTT
                                        United States Attorney


                                        By /s/ S. Robert Tice-Raskin
                                        S. ROBERT TICE-RASKIN
                                        Assistant United States Attorney
                                        Attorney for Plaintiff



**O R D E R**

The date of February 10, 2007 for self-surrender is vacated.  The new date of February 12, 2007 at 2:00 p.m. is set for self-surrender.

DATED: January 23, 2007

                                        _____
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

2